UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CR-00763 RLW SPM |
| | ) | |
| MICHELLE SERTH-STEIN, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Lindsay McClure-Hartman, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Lindsay McClure-Hartman*

LINDSAY MCCLURE-HARTMAN, #66070MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200